■ In the Matter of JUDITH B. JENKINS, Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF NEW ROCHELLE, Appellant. In the Matter of JUDITH B. JENKINS, Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF NEW ROCHELLE, Appellant.—

694

Appeal by the commissioner of assessment and taxation of the City of New Rochelle from an order (1) confirming the report of a referee in a consolidated tax certiorari proceeding, and (2) reducing the assessments of respondent's property for 1950 and 1951. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.